**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| DDR HOLDINGS, LLC,<br><br>                    Plaintiff,<br><br>    v.<br><br>PRICELINE.COM LLC, *et al.*,<br><br>                    Defendants. | C.A. No. 17-498-CFC (Lead Case)<br><br>C.A. No. 17-499-CFC<br>C.A. No. 17-501-CFC |

**JOINT STATUS REPORT**

      DDR Holdings, LLC is the plaintiff in these actions, consolidated for pretrial purposes, which involve assertions of infringement of four patents, all continuations of one another. Some defendants previously in these consolidated actions have settled, so the only remaining defendants are (1) sister companies Priceline.com LLC and Booking.com B.V, accused of infringing four patents; and (2) Shopify, Inc., accused of infringing three of the four patents.

      Counsel for the above parties have met and conferred on the subject required by the oral order dated September 14, 2018, circulated as a minute entry, which ordered the parties to identify "the next event the Court needs to schedule." In response, the parties advise that no motions are pending, and the parties believe that the next event the Court should schedule is a status conference in December 2018, to address either or both of (i) a motion for stay pending IPR (if such a motion is filed), or (ii) setting briefing and hearing on claim construction (*Markman*) and events for the remainder of the case. *See* Dkt. 71, 72 (revised scheduling order based on joint report).

      The parties do not intend this joint report to preclude any party from making any motions in the interim if deemed appropriate.

Respectfully submitted

  /s/ Brian E. Farnan
Brian E. Farnan (#4089)
Rosemary J. Piergiovanni (#3655)
FARNAN LLP
919 N. Market Street, 12th Floor
Wilmington, DE 19801
(302) 777-0300
bfarnan@farnanlaw.com
rpiergiovanni@farnanlaw.com

*Of Counsel:*
Louis J. Hoffman
LOUIS J. HOFFMAN, P.C.
7689 East Paradise Lane, Suite 2
Scottsdale, AZ 85260
(480) 948-3295
louis@valuablepatents.com

*Attorneys for Plaintiff DDR Holdings, LLC*

  /s/ Stephen J. Kraftschik
Jack B. Blumenfeld (#1014)
Stephen J. Kraftschik (#5623)
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
skraftschik@mnat.com

*Of Counsel:*
Michael T. Renaud
Michael J. McNamara
Sandra J. Badin
Robert J. L. Moore
Jinnie L. Reed
Megan Y. Yung
Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
One Financial Center
Boston, MA 02111
(617) 542-6000
MMcNamara@mintz.com
JLReed@mintz.com

*Attorneys for Defendant Shopify, Inc.*

  /s/ Francis DiGiovanni
Francis DiGiovanni (#3189)
M. Curt Lambert (4882)
Thatcher A. Rahmeier (#5222)
Drinker Biddle & Reath LLP
222 Delaware Avenue, Ste. 1410
Wilmington, DE 19801
(302) 467-4200
francis.digiovanni@dbr.com
curt.lambert@dbr.com
thatcher.rahmeier@dbr.com

*Of Counsel:*
Dan D. Davison
Brett C. Govett
James V. Leito, IV
Norton Rose Fulbright US LLP
2200 Ross Ave., Suite 3600
Dallas, TX 75201
(214) 855-8000
dan.davison@nortonrosefulbright.com
brett.govett@nortonrosefulbright.com
james.leito@nortonrosefulbright.com

Marwan Elrakabawy
Catherine J. Garza
Norton Rose Fulbright US LLP
98 San Jacinto Boulevard, Suite 1100
Austin, TX 78701
(512) 474-5201
marwan.elrakabawy@nortonrosefulbright.com
cat.garza@nortonrosefulbright.com

*Attorneys for Defendants Priceline.com LLC and Booking.com B.V.*


Dated: September 28, 2018